ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

**ORIGINAL**



FILED
JAN 27 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**VIRGIL K PATTERSON** | Chapter 13<br>Case No.  **6:08-bk-25120-MJ**<br><br>**TRUSTEE'S REPORT** |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$4,871.00** per month.

Spouse/other net income is **$0.00** per month.

Debtor's Budget shows **$300.00** disposable income.

Debtor proposed to pay **$300.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **12.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**DEBTOR'S ATTORNEY TO REFUND $300.00 IN CERTIFIED FUNDS TO THE CHAPTER 13 TRUSTEE FOR THE BENEFIT OF THE DEBTOR'S ESTATE WITHIN 10 DAYS OF CONFIRMATION. TOTAL ANNUAL INCOME MORE THAN $100,000.00 IS PLEDGED TO THE PLAN. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Dated: January 26, 2009

_/s/ Rod Dal_
Rod Danielson, Chapter 13 Trustee