1  ROD DANIELSON, Chapter 13 Trustee
   4361 Latham Street, Ste. 270
2  Riverside, CA 92501
   (951) 826-8000  FAX (951) 826-8090
3

4

5              UNITED STATES BANKRUPTCY COURT

6        CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

7

   In re:                              )  Case No.: 6:08-bk-25120-MJ
8                                      )  Chapter 13
                                       )
9                                      )  STIPULATION MODIFYING PLAN
   VIRGIL K. PATTERSON,                )
10                                     )
                                       )
11                                     )
          Debtor(s).                   )  No hearing required
12                                     )
                                       )
13       THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:

14       1.   The proposed modification of the Chapter 13 plan set forth at paragraph #2 below provides a fair
   and reasonable means of providing that the amount of the tax refunds pledged to the debtor's plan are submitted to
15
   the Trustee for distribution to creditors. The plan modification appears to have no adverse effect on any creditor, and
16 in fact may benefit creditors by increasing the funds available to pay claims under the plan.

17       2.   THE PLAN IS MODIFIED AS FOLLOWS: The state and federal tax refunds for 2008 and 2009
   total $22,716.00. The plan base is increased by the sum of $22,716.00. The plan payment amount is increased by
18
   $583.00 to $883.00 per month commencing with the payment due September 1, 2010.
19
   Date:  July 12, 2010
20                                         ROD DANIELSON, Chapter 13 Trustee

21 Date: 7/26/10
                                           Debtor
22 Date: _____
                                           Debtor
23 Date: 8/2/10
                                           Attorney
24

25 **Signature of debtor(s) or of the attorney is acceptable. Review, sign and fax to Trustee at 951-826-8090