Rod Danielson, Chapter 13 Trustee
4361 Latham Street, Ste. 270
Riverside, CA 92501
(o) 951-826-8008 (f)951-826-8090

FOR COURT USE ONLY

**FILED & ENTERED**

**AUG 27 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY delatorr   DEPUTY CLERK**

☐ Attorney for
☐ Pro Se Debtor
☒ Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 13

CASE NUMBER 06:08-bk-25120-MJ

In re:

VIRGIL K. PATTERSON,

(No Hearing Required)

Debtor(s).

## ORDER MODIFYING PLAN

Based on Stipulation Modifying Plan, filed 8/5/10_ as docket entry number ____47___, it is ORDERED that the plan modification requested in the Stipulation is:

☒ GRANTED. The Stipulation Modifying Plan is approved, and the plan is modified as follows: the plan base is increased by $22,716.00, and the plan payment amount is increased by $583.00 per month to $883.00 commencing with the payment due in September 1, 2010.

☐ DENIED

☐ Set for Hearing on _____ at _____.

####

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4361 Latham Street, Ste. 270
Riverside, CA 92501

The foregoing document described as: order modifying plan_____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 08/24/10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Virgil K. Patterson            Doan Law Firm, LLP
1513 Granada Avenue            25401 Cabot Road, Suite 119
Corona, CA 92880               Laguna Hills, CA 92653

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/24/10 | Siavash Rokni | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DATED: August 27, 2010

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ___Order Modifying plan___
entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING.** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an ›off›▫‹ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Virgil K. Patterson
1513 Granada Avenue
Corona, CA 92880

Doan Law Firm, LLP
25401 Cabot Road, Suite 119
Laguna Hills, CA 92653

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**